UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teofilo Humberto Candelario,

        Plaintiff,

-against-

ABC Corp. d/b/a La Caridad, et al.,

        Defendants.

1:19-cv-07732 (PAE) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following an initial pretrial conference held with the parties on December 18, 2019, and for the reasons stated on the record, it is ORDERED that Plaintiff's counsel shall consult with Mr. Candelario to determine whether the corporate Defendant sued in this action (*i.e.*, ABC Corp. d/b/a La Caridad) is in fact the entity that employed him, as opposed to some other restaurant with the same or similar name.

If Plaintiff's counsel determines that Plaintiff was employed at a different restaurant, such that the Defendants were erroneously sued here, he shall file, no later than Friday, December 27, 2019, a stipulation of dismissal.

If Plaintiff believes that the proper entity has been sued, he shall provide to the Court proof of employment at ABC Corp. d/b/a La Caridad.

**SO ORDERED.**

DATED:    New York, New York
              December 18, 2019

_____
STEWART D. AARON
United States Magistrate Judge