# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: ww

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020
```

MICHAEL SAMUEL, ESQ.  
michael@samuelandstein.com

December 30, 2019

ADMITTED IN  
NY

**VIA ECF**

Attention Magistrate Judge Stewart D. Aaron  
United States Federal Courthouse  
Southern District of New York  
500 Pearl Street, Courtroom 11C  
New York, NY 10007

RE: **Candelario v. ABC Corp. et al**  
**Index No.: 1:19-cv-07732-PAE-SDA**

Dear Judge Aaron:

Please be advised that we represent the Plaintiff in the above entitled action. We have contacted our client to ask him what additional information he had relating to the proper defendant. Mr. Candelario reconfirmed that he worked at La Caridad restaurant located at 135-45 W Kingsbridge Rd, Bronx, New York. He further reconfirmed that he worked for the defendant, Dario Santos. He was paid in cash so we do not have any pay records from La Caridad. In addition, Mr. Canderlario took a picture of the restaurant he worked at (see attached). At this point in time, we would request that the Your Honor issue an Order relating to our case management plan.

We thank the Court for its attention to this matter and are available at the Court's convenience should there be any question regarding the foregoing.

Very truly yours,

Michael Samuel, Esq.

ENDORSEMENT: Request GRANTED. The proposed Case Management Plan (ECF No. 11) is adopted with the following modifications: (1) Fact discovery (including depositions) shall be completed by 3/26/20; (2) Depositions are limited to no more than 4 per party; (3) Interrogatories, requests for admission and initial requests for production shall be served on or before 1/13/20; (4) Responses to initial requests for production shall be due on 2/12/20; and (5) the deadlines set forth in the Case Management Plan may be extended only for good cause shown. SO ORDERED.
Dated: 1/2/2020