UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teofilo Humberto Candelario,

       Plaintiff,

-against-

ABC Corp., d/b/a La Caridad, et al.,

       Defendants.

1:19-cv-07732 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  The parties shall submit a joint letter regarding the status of discovery on Friday, February 14, 2020.

**SO ORDERED.**

DATED:  New York, New York
      January 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge