UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teofilo Humberto Candelario,

                Plaintiff,

-against-

ABC Corp. d/b/a La Caridad, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2020

1:19-cv-07732 (PAE) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, August 31, 2020 at 10 a.m. The settlement shall proceed by telephone unless the parties advise they have access to and prefer proceeding by alternative remote means, such as by video. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
               August 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge