```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020
```

# SAMUEL & STEIN

ATTORNEYS AT LAW

STREET, SUITE 1110, NEW YORK, NY 10001
X: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@samuelandstein.com

Septemeber 25, 2020

ADMITTED IN NY

Judge Stewart Aaron
United States District Court
500 Pearl Street
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: 9/25/2020

*/s/ Stewart D. Aaron*

Re: *Teofilo Humberto Candelario vs. La Caridad*
Case No.19cv7732 (pae)(sda)

Dear Judge Stewart Aaron,

     Please be advised that we represent the Plaintiff in the above entitled matter. We request a 7 day extension of time to file our motion for approval of this FLSA settlement. We have not yet been able to get our client in to sign the settlement agreement. I have corresponded with Defnese counsel who said that he has no objection to this request.

     We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

                                           Respectfully submitted,

                                           /s/ *Michael Samuel*
                                           Michael Samuel, Esq.

                                           SAMUEL & STEIN

                                           *Attorneys for Defendants Sushi Fussion LLC, Sushi Fussion of 47th Street, Sushi Fussion of Forest Hills, Inc., Sushi Fussion of NYC, Inc., and Leva Katanov*

Enc.