USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

`UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teofilo Humberto Candelario,

     Plaintiff,

-against-

ABC Corp., d/b/a La Caridad, et al.,

     Defendants.

1:19-cv-07732 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

  As of the date of this Order, the parties have failed to submit their joint letter motion regarding settlement approval in accordance with the Court's prior Orders. (*See* ECF Nos. 36 & 38.) The parties shall file their joint letter motion no later than Wednesday, October 21, 2020. Failure to comply may result in the imposition of sanctions.

**SO ORDERED.**

DATED:  New York, New York
      October 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge