```
`UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

Teofilo Humberto Candelario,

                Plaintiff,

-against-

ABC Corp., d/b/a La Caridad, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

1:19-cv-07732 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    This case contains claims under the Fair Labor Standards Act. The parties appeared before the undersigned for a settlement conference on August 31, 2020, and reached a settlement in principle. On October 14, 2020 the parties submitted their proposed settlement agreement and related papers. (*See* ECF No. 40.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

    Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is requested to close the case.

**SO ORDERED.**

DATED:     New York, New York
                October 16, 2020

_____
STEWART D. AARON
United States Magistrate Judge